IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

RECEIVED
DEC - 5 2023
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

__Immanuel Lee__
(Enter Above the Name of the Plaintiff in this Action)

1:23CV795.

vs.

__United States of America__
(Enter above the name of the Defendant in this Action)

J. McFARLAND

If there are additional Defendants, please list them:

__Steven Weeks Congo DRC Diplomat__

MJ. LITKOVITZ

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

__Immanuel Lee__
Name - Full Name Please - PRINT

__4515 Allison St Suite 12749__
Street Address

__Cincinnati OH 45212__
City, State and Zip Code

__513-957-0007__
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. ~~Steven Weeks~~ / 44th President Barrack OBama
   Name - Full Name Please

   United States Attorney General
   Address: Street, City, State and Zip Code

2. U.S. Department of Justice
   10th and Constitution Avenue N.W.

3. Room 511
   Washington, DC 20530

4. Steven Week U.S. Department of Justice
   10th and Consitution Avenue N.W Room 511

5. Washington, DC 20530

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☒ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☒ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

In 2009 I flew to the Country Congo DRC city Kinshasa. Before leaving I was discriminated against by the University of Cincinnati. The University of Cincinnati would not let me use my financial Aid for a Study Abroad Program. They the University of Cincinnati violated my civil rights to further my education and discriminated against my disabilities. While going to the Congo DRC on my on American Dollar Expense. The University cut of my online education and told me to come on campus to fix the problem even tho I was in another country. This is the same school that fired my father Darryl G Lee illegally and never repayed him are my family. Steven Weeks was a diplomat at the American Corner at the University of Prostistan. There I lead classes met ministers of the Congo Drc. Steven wrote me a letter of support for my Company and Self. My goal is to have all emails supena. When there in the Country of the Congo DRC I was given A gift of a Bill that represented the mineral trade of the Country which is valued currently $24 Trillion Dollars

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

<u>Case Number</u>　　　　　　　　　　<u>Caption</u>

_____　　　_____ vs. _____

_____　　　_____ vs. _____

_____　　　_____ vs. _____

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I state under penalty of perjury that the foregoing is true and correct. Executed on this _5th_ day of _December_, 20_23_.

_[signature]_
Signature of Plaintiff

My Bank Accounts were cut off while living in the Congo DRC. This made me have to borrow money from the American Government to fly back to United States. This effected my company and life education development of the Congo DRC and also the American Budget. Since then I have been incarsareted several time illegally. both times three year sentences that can be proven false incarserations. My goal is to be repaid immedifely for my Currency been taken at Court Pet Dewine and Also Paper of Support for myself and company. All Emails should be supona at the time Barrack OBAma was President.

Signature