IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| IMMANUEL LEE, | : | Case No. 1:23-cv-795 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Karen L. Litkovitz |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, et al., | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT IN A CIVIL CASE

    **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). Furthermore, pursuant to 28 U.S.C. § 1915(a)/ it is hereby certified that any appeal of this Order would not be taken in good faith and that Plaintiff should be denied leave to appeal in forma pauperis.

Dated: January 24, 2024.                                          Richard W. Nagel, Clerk of Court
                                                                                   By: */s/ Kellie A. Fields*
                                                                                           Deputy Clerk